UNITED STATES DISTRICT COURT		SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 17, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Sazid Gaffar, | § |
| Plaintiff, | § |
| versus | § Civil Action H-18-952 |
| Arifur Rehman, *et al.*, | § |
| Defendants. | § |

## Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice. (24)

2. By January 23, 2019, the parties must either (a) file a notice of settlement or (b) move for reinstatement.

Signed on January 17, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge