# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SAZID GAFFAR, Individually and On Behalf of All Similarly Situated Persons. | § § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 4:18-CV-00952 |
| v. | § § § | Jury Demanded |
| ARIF RAHMAN, AZMERI BEGUM, and ANGELIQUE PHAM, | § § § § | |
| *Defendants*. | | |

## JOINT NOTICE OF SETTLEMENT AND MOTION FOR REINSTATEMENT TO ENTER FINAL JUDGMENT

**TO THE HONORABLE JUDGE LYNN N. HUGHES:**

Plaintiff Sazid Gaffar and Defendants Arif Rahman and Azmeri Begum hereby announce that they have settled and request that the Court reinstate this case for the sole purpose of entering the attached Final Judgment.

As part of their settlement agreement, Plaintiff has agreed not to initiate post-judgment discovery or collection efforts for 6 months from the entry of the Final Judgment.

DATED: January 23, 2019.

Respectfully submitted,

WILLIAM F. HARMEYER & ASSOCIATES, P.C.

*/s/William F. Harmeyer*
William F. Harmeyer
State Bar No. 09019000
Federal No. 149
945 McKinney, #644
Houston, Texas  77002
Telephone: (713) 270-5552
Email: wharmeyer@harmeyerlaw.com
ATTORNEY FOR DEFENDANTS,
ARIFUR RAHMAN, AND AZMERI BEGUM

ALI S. AHMED, P.C.

By:   */s/ Salar Ali Ahmed*
Salar Ali Ahmed
Federal Id. No. 32323
State Bar No. 24000342
One Arena Place
7322 Southwest Frwy., Suite 1920
Houston, Texas 77002
Telephone: (713) 223-1300
Facsimile: (713) 255-0013
E-mail: aahmedlaw@gmail.com

ATTORNEY FOR PLAINTIFF
SAZID GAFFAR

CERTIFICATE OF SERVICE

2

On January 23, 2019, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District, Southern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically, as authorized by Federal Rule of Civil Procedure 5(b)(2), including the following:

Salar Ali Ahmed
Ali S. Ahmed, P.C.
One Arena Place
7322 Southwest Freeway, Suite 1920
Houston, Texas 77074
*Via Email: aahmedlaw@gmail.com*
*Attorney for Plaintiff, Sazid Gaffar*

/s/William F. Harmeyer
William F. Harmeyer