UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 25, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Sazid Gaffar, | § |
| Plaintiff, | § |
| versus | §　Civil Action H-18-952 |
| Arifur Rehman, *et al.*, | § |
| Defendants. | § |

## Final Dismissal

1. The settlement agreement is approved. This case is dismissed with prejudice. (26)

2. This court retains jurisdiction to enforce the settlement.

Signed on January __25__, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge